IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 05-50307
) JUDGE SHEA-STONUM
COMMERCIAL PRESS, INC. )
) CHAPTER 7
)
DEBTOR )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| | |
|---|---|
| OHIO WHOLESALE COPY SVC<br>515 E. TURKEYFOOT LAKE ROAD<br>UNIT C<br>AKRON, OH 44319 | $558.39 |
| CITIBANK (USA) N.A.<br>ASSOC./BP AMOCO PAYMENT CENTER<br>4300 WESTOWN PARKWAY<br>WEST DES MOINES, IA 50266 | $395.22 |
| CITICORP VENDOR FINANCE, INC. FKA<br>COPELCO CAPITAL<br>ATTN: SUSAN BIRCH<br>1800 OVERCENTER DRIVE<br>MOBERLY, MO 65270 | $2,560.92 |
| WILLIAM DRUGAN<br>405 WOODLAND STREET<br>RAVENNA, OH 44266 | $1,549.59 |
| LEROY DELAIR<br>8985 COOLEY ROAD<br>RAVENNA, OH 44266 | $863.70 |
| U.S. DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ATTN: RUBEN R. CHAPA<br>230 SOUTH DEARBORN STREET, SUITE 844<br>CHICAGO, IL 06064 | $271.67 |

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ATTN: RUBEN R. CHAPA<br>230 SOUTH DEARBORN STREET, SUITE 844<br>CHICAGO, IL 06064 | $38.70 |
| UNISOURCE<br>ATTN: JUDY WELCH<br>P.O. BOX 597<br>COLUMBUS, OH 43206-0597 | $2,406.50 |

2. Trustee's check for $8,644.69, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: January 21, 2010

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE